SPIN MASTER LTD. and Steven Davis, Plaintiffs–Appellees,

v.

OVERBREAK LLC, Defendant–Appellant.

No. 06–1110.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).